

FILED

07/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0386

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23-0386

_____

MATTHEW GARRETT BOYLAND,

    Petitioner,

v.

JAMES SALMONSEN, Warden,
Montana State Prison,

    Respondent.

_____

**FILED**

JUL 2 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Matthew Garrett Boyland has filed a Petition for Writ of Habeas Corpus, indicating that he is due additional credit for jail time served, and providing supporting documents. Citing to § 46-18-201(9), MCA, he states that the Third Judicial District Court, Powell County, did not award him any credit from February 19, 2021 until December 27, 2022, the date of sentencing. Upon review, we deem it appropriate to require a response.

IT IS THEREFORE ORDERED that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Matthew Garrett Boyland personally.

DATED this 21 day of July, 2023.

_____
Justice